Fill in this information to identify the case:

Debtor 1: Tiffany Latrice Ross

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 23-00630

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Cadence Bank

**Court claim no. (if known):** 1

**Last 4 digits of any number you use to identify the debtor's account:** 8 6 7 _

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2025

**New total payment:** $ 1,409.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 635.06     New escrow payment: $ 712.06

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Tiffany Latrice Ross**
          First Name  Middle Name  Last Name

Case number (if known) **23-00630**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/ Lauren Copeland**
   Signature

Date **04/22/2025**

Print: **Lauren Copeland**
       First Name  Middle Name  Last Name

Title **Bankruptcy Specialist**

Company **Cadence Bank fka BancorpSouth Bank**

Address **P O Box 1727**
        Number  Street

**Tupelo**     **MS**   **38802**
City           State    ZIP Code

Contact phone **662-620-3908**

Email **lauren.copeland@cadencebank.com**

Official Form 410S1    Notice of Mortgage Payment Change    page 2

```
Cadence Bank - Portfolio
2778 w jackson street
Tupelo          MS 38801


111-555-1111




TIFFANY LATRICE ROSS                    YOUR LOAN NUMBER:            ;7
1500 NORTHLAKE CIR
JACKSON         MS 39211

                                        DATE: 04/18/25


    *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 06/01/25 THROUGH 05/31/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 06/01/25 THROUGH 05/31/26 -------
            HOMEOWNER/FIRE              4963.00
            COUNTY TAXES                2533.53

        TOTAL PAYMENTS FROM ESCROW      7496.53

        MONTHLY PAYMENT TO ESCROW        624.71 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 06/01/25 THROUGH 05/31/26--------
        -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED        REQUIRED
                   ACTUAL STARTING BALANCE        1442.39          2498.85
JUN 25    624.71                                  2067.10          3123.56
JUL 25    624.71                                  2691.81          3748.27
AUG 25    624.71                                  3316.52          4372.98
SEP 25    624.71                                  3941.23          4997.69
OCT 25    624.71                                  4565.94          5622.40
NOV 25    624.71                                  5190.65          6247.11
DEC 25    624.71    2533.53   COUNTY TAXES        3281.83          4338.29
JAN 26    624.71                                  3906.54          4963.00
FEB 26    624.71                                  4531.25          5587.71
MAR 26    624.71    4963.00   HOMEOWNER/FI ALP     192.96   RLP    1249.42
APR 26    624.71                                   817.67          1874.13
MAY 26    624.71                                  1442.38          2498.84

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -1056.46.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JUNE 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      0.00. DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO FUTURE PAYMENTS.

```
-------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT --------------------
        PRINCIPAL & INTEREST                                    696.94
        ESCROW (1/12TH OF ANNUAL ANTICIPATED                    624.71
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                         0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
        PLUS: SHORTAGE PAYMENT                                   88.03
        MINUS: SURPLUS CREDIT                                     0.00
        ROUNDING ADJUSTMENT                                      -0.68
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                        0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/25    1409.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    1249.42. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS    1249.42.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/25      635.06      03/25      635.06      04/25      1270.12  *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                   00/00       0.00
00/00      0.00                   00/00       0.00
00/00      0.00                   00/00       0.00
```

## CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. James L Henley Jr.; jlhenley@jlhenleych13.net

Hon. Thomas Rollins Jr; trollins@therollinsfirm.com

I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Tiffany Latrice Ross
1500 Northlake Circle
Jackson, MS 39211

This is the __22nd__ day of April, 2025.

/s/Lauren Copeland
Cadence Bank:
Lauren Copeland
Bankruptcy Specialist