

## The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 7916
Date: 05/14/2025
Due On: 06/13/2025

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Latrice Ross

### 04702-Ross Tiffany Latrice

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 08/22/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed the invoice for attorney and expense fees; reviewed court docket for previous orders; drafted Application for Compensation, the Proposed Order and the invoice; drafted email memo to TR re: review Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 08/22/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/22/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the invoice and the Notice for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/22/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | TR | 08/30/2024 | Review and sign proposed motion and order staying AP | 0.30 | $360.00 | $108.00 |
| Service | TR | 09/18/2024 | Review: 23-00630-JAW Order on | 0.10 | $0.00 | $0.00 |

Invoice # 7916 - 05/14/2025

|  |  |  | Application for Compensation Document# 39 |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 10/07/2024 | Review student loan summary and Dept of Ed information provided by US Attorney office | 0.60 | $360.00 | $216.00 |
| Service | TR | 10/21/2024 | Call w/ James Graves to discuss mortgage payment not showing on schedule J - directed him to Dk 2 Plan which lists the mortgage payment | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/30/2025 | Review email from debtor: Reviewed email from debtor inquiring about her student loans and the MS State Tax debt she owes and a garnishment has been issued; telephone conference with debtor informing her the attorney is still working on the student loans and requested her to send the tax bill showing the years she owed for her state taxes; she will email them to me tomorrow | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/03/2025 | Review email from debtor: Reviewed email debtor with her tax bill for the debt for 2021 and 2022; reviewed best case for matrix; drafted email memo to JAC er: review added debt with MS Department of Revenue | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/04/2025 | review & respond to email from kr | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/05/2025 | Call Debtor: Telephone conference with debtor about the tax debt owed being approved to add to her plan; she stated that she paid towards the debt and will contact them first to find out if she owes for both years; she will let me know what they state. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/05/2025 | Review email from debtor: Reviewed email from debtor stating that she located her missing payments and the new amount of the debt; she stated she was going to see if she could call and stop the garnishment; she will let me know an update once she has one | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/06/2025 | Review email from debtor: Reviewed email from debtor stating that the tax debt is for $959 now; one tax year has been paid off and the other she is set up on a payment plan; she would still like to add; drafted email to debtor requesting the tax year owed. | 0.10 | $155.00 | $15.50 |

Invoice # 7916 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/06/2025 | Review email from debtor: Received email from debtor providing the amount of the tax debt and the years owed | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/06/2025 | Contact Debtor (Text/Email): Drafted amended E to add the debt with MSDoR in best case; drafted email to the debtor with the amended E to sign so we can file with the court | 0.30 | $155.00 | $46.50 |
| Service | KR | 02/06/2025 | Reviewed signed Amended Schedule E from debtor; revised Amended E with debtor's signatures in Best Case; reviewed court docket for Meeting of Creditors and Confirmed Plan; drafted Notice of Amendments | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/06/2025 | Drafted email memo to JAC re: review notice of amendments and amended schedule E | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/07/2025 | review & approve drafted notice & amended schedules prepared by kr | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/07/2025 | Reviewed email memo from JAC re: amended schedule E | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/07/2025 | Prepared the Amended Schedule, Plan, Meeting of Creditors and Notice for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/07/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Amended Schedule E, the Notice and the Amended Matrix for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/07/2025 | Draft Notice, Motion & Order: Drafted Motion, Notice and Proposed Order to Modify to add the MS Department of Revenue debt | 0.30 | $155.00 | $46.50 |
| Service | KR | 02/07/2025 | Drafted email memo to TR re: review Motion to Modify | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2025 | Review email from Attorney: Reviewed email memo from TR re: Notice of Dismissal for an Adversary Proceeding | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2025 | Drafted Notice of Dismissal for Adversary Hearing; drafted email memo to TR re: review Notice | 0.20 | $155.00 | $31.00 |
| Service | TR | 02/10/2025 | Review and approve motion to modify drafted by KR | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/11/2025 | Reviewed email memo from TR re: Motion to Modify Plan | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/11/2025 | Revised dates on Motion to Modify and addresses; prepared the Notice and the Motion to Modify for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Modify, the 30 day Notice with the Declaration attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/24/2025 | Review: 24-00016-JAW Docket Entry #8 has been updated Document# 8 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/19/2025 | Review: 23-00630-JAW Order on Motion to Modify Plan Document# 49 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 23-00630-JAW MS Dept of Revenue Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/04/2025 | Review email from debtor: Reviewed email from debtor with letters about her tax debt with MSDoR; merged letters into correspondence folder; reviewed court docket for the claim filed by MSDoR, the Order Modifying her plan to include the MSDoR debt and also the amended schedules adding the MSDoR debt; drafted internal message to TR re: MSDoR debt | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/08/2025 | Review letters re: MSDoR Debt | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/08/2025 | Contact Debtor (Text/Email): Reviewed internal message from TR re: tax debt; drafted email to debtor informing her that she can ignore the tax notices since we just amended the plan to include these tax debts | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/23/2025 | Review: 23-00630-JAW Notice of Mortgage Payment Change Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/08/2025 | Review email from debtor: Reviewed email from debtor with copies of the notice she received in the mail about the increase in her mortgage payment; reviewed court docket for the confirmed plan to verify if mortgage was included; telephone | 0.20 | $155.00 | $31.00 |

Invoice # 7916 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | conference with debtor informing her the mortgage increased due to the escrow which could effect her plan payment to increase | | | |
| Service | KR | 05/14/2025 | Reviewed and revised all ecf filings with correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Reviewed court docket for all previous invoices and orders filed; reviewed Trustee's website to verify amount of attorney fees paid to date; drafted 1st part of 4th Application and Lodestar using totals from all prior 3 invoices and orders; | 0.60 | $155.00 | $93.00 |
| | | | | **Services Subtotal** | | **$1,185.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/22/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $23.29 | $23.29 |
| Expense | 02/07/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Expense | 02/07/2025 | Filing Fee to add the debt with MSDoR | 1.00 | $34.00 | $34.00 |
| Expense | 02/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Expense | 05/14/2025 | Estimated Mailing Expense for 4th Application for Compensation (certificateofservice.com) | 1.00 | $35.02 | $35.02 |
| | | **Expenses Subtotal** | | | **$102.07** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 3.7 | $155.00 | $573.50 |
| Kerri Rodabough | Non-Attorney | 1.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,287.57** |
| | | | **Total** | **$1,287.57** |

Invoice # 7916 - 05/14/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4695 | 05/24/2023 | $1,925.00 | $0.00 | $1,925.00 |
| 5229 | 09/23/2023 | $736.76 | $0.00 | $736.76 |
| 6835 | 09/21/2024 | $1,547.07 | $0.00 | $1,547.07 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7916 | 06/13/2025 | $1,287.57 | $0.00 | $1,287.57 |

| | | | Outstanding Balance | $5,496.40 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $5,496.40 |

5/14/25, 3:50 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   `7`   pages
   *Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.*

**2**  How many parties will be receiving your documents?   `17`   parties
   *This is another way of asking how many envelopes will we have to stuff?*

**3**  We will print on both sides of the sheet.   `2`
   *We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.*

**4**  We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

                           59.5
| | |
|---|---|
| Date and Time: | Wed May 14 2025 15:50:28 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 119 |
| Sheets Per Envelope | 3.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                    22.61 |
| Postage Cost: | $                                    12.41 |
| Total Cost: | $                     35.019999999999996 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED