IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Tiffany Latrice Ross, Debtor                 Case No. 23-00630-JAW
                                                        CHAPTER 13

### FOURTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,925.00 | $0.00 | $1,925.00 | 24 | 05/19/2023 |
| $715.00 | $21.76 | $736.76 | 34 | 08/25/2023 |
| $1,538.00 | $9.07 | $1,547.07 | 39 | 09/17/2024 |
| $1,185.50 | $102.07 | $1,287.57 | n/a | n/a |
| $5,363.50 | $132.90 | $5,496.40 | | |



## INVOICE

Invoice # 4695
Date: 04/24/2023
Due On: 05/24/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Latrice Ross
1500 Northlake Circle
Jackson, MS 39211

### 04702-Ross Tiffany Latrice

### Ch 13 - Tiffany **Ineligible to convert**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 01/26/2023 | Get authorization and pull credit report | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/26/2023 | Review initial documents submitted by debtor | 0.30 | $350.00 | $105.00 |
| Service | YM | 01/27/2023 | Contact Debtor: drafted email for bank and pay | 0.10 | $100.00 | $10.00 |
| Service | YM | 02/14/2023 | Review and organize documents provided by debtor: Updated task w/ bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/16/2023 | review missing documents submitted by debtor | 0.60 | $350.00 | $210.00 |
| Service | JAC | 03/08/2023 | Reviewed & imported debts from credit report. Prepared petition. | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/08/2023 | prepare matrix for ∆ to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/08/2023 | Prepare schedules, statements, calculate income for means test, I, calculate plan payment | 1.00 | $350.00 | $350.00 |
| Service | JAC | 03/08/2023 | Draft email to debtor with bankruptcy options | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/13/2023 | Prepare signing docs | 0.20 | $350.00 | $70.00 |
| Service | JAC | 03/13/2023 | Video signing appointment with debtor to review | 0.50 | $350.00 | $175.00 |
| Service | KR | 03/13/2023 | Contact Debtor: Drafted email to debtor | 0.10 | $150.00 | $15.00 |

Page 1 of 4

Invoice # 4695 - 04/24/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with information on her chapter 13. Such as plan payment amount and information on the 2nd Credit Counseling Course. Telephone conference with debtor letting her know to review the information and to let me know if she has any questions. | | | |
| Service | KR | 03/14/2023 | Contact Debtor: Drafted email to debtor with the NSLDS information so we can review to see if her student loans are able to get discharge through her bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/14/2023 | Review Meeting of Creditors Notice Dk 10 | 0.10 | $350.00 | $35.00 |
| Service | JC | 03/15/2023 | Prepared notice of filing plan, reviewed plan to determine creditors in 3.2/3.4, researched registered agents for notice; drafted memo to JAC to review | 0.30 | $150.00 | $45.00 |
| Service | JAC | 03/15/2023 | Review and correct notice of plan drafted by JC | 0.10 | $350.00 | $35.00 |
| Service | JC | 03/15/2023 | Reviewed memo from JAC regarding Notice of Plan; uploaded to COS | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/15/2023 | Review Order Upon Employer Directing Deductions from Pay dk 11 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/16/2023 | Contact Debtor: Telephone conference with debtor about the NSLDS information needed for her student loans. She could not find the link I emailed. Drafted email again with the NSLDS information again per her request. She will start on the course this weekend. Reviewed with debtor what we are needing | 0.20 | $150.00 | $30.00 |
| Service | JC | 03/16/2023 | Reviewed Notice of Filing Plan received via e-mail from COS; filed same | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/16/2023 | Review email from debtor: Reviewed email from debtor with the NSLDS information for her student loans | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/20/2023 | Review and organize documents provided by debtor: Reviewed filing documents. Pulled taxes, ID and some pay for the Trustee for the Meeting of Creditors | 0.20 | $150.00 | $30.00 |
| Service | TR | 03/27/2023 | Review POC Cadence Bank dk 1 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/28/2023 | Review and organize documents provided by debtor: Reviewed and organized 3 bank statements, all pay, 2 years taxes and ID for the Trustee. Uploaded to the Trustee website. | 0.30 | $150.00 | $45.00 |
| Service | KR | 03/28/2023 | CPA - Prepare and file certificate of | 0.10 | $150.00 | $15.00 |

Invoice # 4695 - 04/24/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee. Uploaded and filed with the court | | | |
| Service | TR | 03/29/2023 | Review POC OneMain Financial dk 2 | 0.10 | $350.00 | $35.00 |
| Service | PL | 03/31/2023 | Phone correspondence with client regarding correspondence letter. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/03/2023 | Review email from debtor: Reviewed email from debtor about her Trustee being terminated. She wanted to know if her case was terminated. Explained her that her case is still active but her new Trustee is David Rawlings. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/03/2023 | Contact Debtor: Telephone conference with debtor about a water leak caused from her hot water heater bursting. She is wanting to know if she can submit a claim to American Model. Drafted email memo to TR re: insurance claim | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/03/2023 | Contact Debtor: Reviewed email memo from TR re: insurance claim. Telephone conference with debtor letting her know she can file the claim for the repairs due to her hot water heater bursting but she needs to let us know the amount the insurance company is issuing and who the check will be issued to. | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/04/2023 | Review POC Exeter Finance LLC dk 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/05/2023 | Review POC Capital One N.A. dk 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/07/2023 | review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/11/2023 | Ch 13 Meeting of Creditors | 0.60 | $350.00 | $210.00 |
| Service | KR | 04/19/2023 | Contact Debtor: Telephone conference with debtor about the estimate of repairs for the water damage from where her hot water heater leaked. She is waiting for the insurance company to send someone out | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/24/2023 | Review POC Capital One N.A. dk 5 & 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/24/2023 | Review POC Ally dk 7 | 0.10 | $350.00 | $35.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 3.6 | $350.00 | $1,260.00 |

Invoice # 4695 - 04/24/2023

| Thomas Rollins | Attorney | 0.9 | $350.00 | $315.00 |
| Jacki Curry | Non-Attorney | 0.5 | $150.00 | $75.00 |
| Porcia Lewis | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Yvette Miller | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 1.5 | $150.00 | $225.00 |
| | | | **Total** | **$1,925.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 4695 | 05/24/2023 | $1,925.00 | $0.00 | $1,925.00 |
| | | | **Outstanding Balance** | **$1,925.00** |
| | | | **Total Amount Outstanding** | **$1,925.00** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5229
Date: 08/24/2023
Due On: 09/23/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Latrice Ross
1500 Northlake Circle
Jackson, MS 39211

### 04702-Ross Tiffany Latrice

### Ch 13 - Tiffany **Ineligible to convert**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 04/24/2023 | Review and Revise Itemizations | 0.20 | $350.00 | $70.00 |
| Service | TR | 04/24/2023 | Draft Fee Agreement | 0.30 | $350.00 | $105.00 |
| Expense | KC | 04/24/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $21.76 | $21.76 |
| Service | TR | 04/24/2023 | Review Certificate of Service and file App | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/04/2023 | Review email from debtor: Reviewed email from debtor with the payout she will receive from the insurance company for the damage done by the hot water heater. Telephone conference with debtor; she stated she should received the check with in 10 days. Drafted email memo to TR re: insurance payment | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/08/2023 | Contact Debtor: Reviewed email memo from TR re: insurance claim money. Drafted email to the trustee's office to find out if we need to file a motion or if it can be handled on debtor's own. Telephone conference with debtor letting me know she received the check from the insurance company on Saturday. Explained to her not to cash it; once we hear back from the trustee's office I will let her know what to do with the money | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/09/2023 | Reviewed email from Trustee's office about the estimate of repairs just needed. Drafted | 0.10 | $150.00 | $15.00 |

Page 1 of 4

Invoice # 5229 - 08/24/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to the Trustee with the estimate of repairs provided by the insurance company to verify this estimate will suffice | | | |
| Service | KR | 05/11/2023 | Drafted email to Katrina verifying the estimate I emailed would suffice and we did not have to file a motion for her to keep the funds for repair | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/12/2023 | Contact Debtor: Reviewed email from the Trustee office about needing the receipts once the repairs are finished. Called debtor left message letting her know I need the receipts when repairs are finished. Drafted email with information | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/12/2023 | Contact Debtor: Telephone conference with debtor about needing her repair receipts. | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/12/2023 | Review claims register and compare to plan to determine if additional claims are needed | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/18/2023 | Contact Debtor: Telephone conference with debtor about the receipts of the repairs needed for the Trustee on her home; stated they are currently working on the replacing the hot water heater and the sheet rock; should be about 2 weeks | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/22/2023 | Review: Proof of Claim 23-00630-JAW Portfolio Recovery Associates, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/23/2023 | Review: 23-00630-JAW Amended Order Upon Employer Directing Deductions from Pay Document #29 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/01/2023 | Contact Debtor: Called debtor left message; drafted email to debtor about the receipts needed for the repairs done on her home for the Trustee. | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/07/2023 | Contact Debtor: Telephone conference with debtor about the receipts needed for the repairs on her home from the drive by shooting that the Trustee needs since an insurance claim was filed | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/07/2023 | Contact Debtor: Telephone conference with debtor; wanted to know why her payment increased from $1778 to $2156 reviewed court docket and saw the confirmed plan and the proof of claims filed by the mortgage. Her mortgage payment is higher along with the arrears are a lot higher than expected | 0.10 | $150.00 | $15.00 |

Invoice # 5229 - 08/24/2023

| Service | KR | 06/21/2023 | Called debtor left message; drafted email and text about the receipts needed for the repairs for the Trustee | 0.10 | $150.00 | $15.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 06/22/2023 | Review email from debtor: Reviewed email from debtor stating that the repairs should be done by next weekend; she has gotten side tracked | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/30/2023 | Telephone call from debtor informing her payment was not taken out of her check; told her to contact employer and that either employer or she needs to send in payment; drafted text sending trustee's address | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/30/2023 | Telephone call from debtor asking for her monthly payment amount; reviewed trustee's site to obtain amount | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/30/2023 | Contact Debtor: Telephone conference with debtor about the receipts for the repairs needed for the Trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/30/2023 | Telephone call from debtor informing she spoke with payroll and they will resume payments in August; she will mail in the payment for July | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/10/2023 | Review: 23-00630-JAW Notice Document# 31 | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/11/2023 | Contact Debtor: Telephone conference with debtor; they started on the repairs this weekend but did not finish; should have it finished this weekend and will have the receipt of the repairs for the Trustee next week. | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/18/2023 | Contact Debtor: Called debtor to see if the repairs were completed and to see if she had the receipts; left message and drafted email | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/27/2023 | Contact Debtor: Reviewed email from debtor with the receipts from the repairs. Drafted email to the Trustee's office with the receipts | 0.20 | $150.00 | $30.00 |
| Service | TR | 08/24/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Thomas Rollins | | Attorney | 1.1 | $350.00 | $385.00 |
| Jacki Curry | | Non-Attorney | 0.3 | $150.00 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | | 1.9 | $150.00 | $285.00 |
| | | | | Total | $736.76 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4695 | 05/24/2023 | $1,925.00 | $0.00 | $1,925.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5229 | 09/23/2023 | $736.76 | $0.00 | $736.76 |
| | | | Outstanding Balance | $2,661.76 |
| | | | Total Amount Outstanding | $2,661.76 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6835
Date: 08/22/2024
Due On: 09/21/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Latrice Ross
1500 Northlake Circle
Jackson, MS 39211

## 04702-Ross Tiffany Latrice

## Ch 13 - Tiffany **Ineligible to convert**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 08/24/2023 | Draft 2nd Fee App | 0.30 | $350.00 | $105.00 |
| Service | TR | 08/25/2023 | Review: 23-00630-JAW Order on Application for Compensation Document #34 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/29/2024 | Review: 23-00630-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: 23-00630-JAW Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/03/2024 | Review file re: student loan discharge - call client to discuss - draft email memo to VM to gather docs and schedule time to prepare attestation - tc | 0.30 | $360.00 | $108.00 |
| Service | VM | 06/04/2024 | Call Debtor: Phone conference with debtor about missing documents, client said she will send in the morning. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/05/2024 | Call Debtor: Phone conference with client to ask about an update for missing documents. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/05/2024 | Incoming Call: Debtor called me to see if I received her emails, I replied I did and I will take a look at them the next day. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/12/2024 | Draft Attestation - including a call w/ client to verify facts | 0.90 | $360.00 | $324.00 |

| Service | VM | 06/13/2024 | Review email from debtor: Debtor sent me information regarding her degree's, I emailed her back to inform her we are still needing one more document | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | VM | 06/14/2024 | Call Debtor: Phone conference with debtor about missing document | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/18/2024 | Review and organize documents provided by debtor: Reviewed and organized documents debtor sent me, uploaded documents into her matter. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/03/2024 | Revise attestation after gathering additional info from client | 0.30 | $360.00 | $108.00 |
| Service | TR | 07/11/2024 | Draft Adversary Complaint | 0.90 | $360.00 | $324.00 |
| Service | KR | 07/11/2024 | Contact Debtor (Text/Email): Reviewed email from TR re:Complaint/Attestation; merged documents in clio; drafted email to debtor with the forms to review and sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/12/2024 | Contact Debtor (Text/Email): Telephone conference with debtor; she could not find the Attestation/Complaint; verified email address; drafted email to debtor with the documents to sign | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/15/2024 | Reviewed signed Attestation and Complaint from debtor; drafted email memo to TR re:review sign Attestation and Complaint | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/16/2024 | Review attestation signed by client - make final revisions of complaint - draft instructions for KR to get it filed | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/17/2024 | Reviewed and prepared the Adversary Complaint and cover sheet for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/18/2024 | Reviewed court docket Summons has been uploaded; drafted email memo to TR re: serving summons | 0.10 | $155.00 | $15.50 |
| Expense | BB | 07/22/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Service | KR | 07/22/2024 | Reviewed court docket for Summons; prepared the Summons and the Complaint for upload to Certificate of Service to be mailed; prepared the Summons and the Complaint for upload to the court | 0.30 | $155.00 | $46.50 |
| Expense | BB | 07/22/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Service | TR | 07/24/2024 | Review file - draft email to Drew Norwood | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | w/ AP supporting documents | | | |
| Service | TR | 08/22/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Thomas Rollins | Attorney | 3.2 | $360.00 | $1,152.00 |
| | Thomas Rollins | Attorney | 0.4 | $350.00 | $140.00 |
| | Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| | Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | | Total | $1,547.07 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4695 | 05/24/2023 | $1,925.00 | $0.00 | $1,925.00 |
| 5229 | 09/23/2023 | $736.76 | $0.00 | $736.76 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6835 | 09/21/2024 | $1,547.07 | $0.00 | $1,547.07 |
| | | | Outstanding Balance | $4,208.83 |
| | | | Total Amount Outstanding | $4,208.83 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.