**Fill in this information to identify the case:**

Debtor 1 — Tiffany Latrice Ross

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of MS
(State)

Case number: 23-00630

Official Form 410S1

# Notice of Mortgage Payment Change 12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Huntington National Bank successor by merger to Cadence Bank

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 6 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 06 / 01 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 1671.00

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 712.06      New escrow payment: $ 974.06

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No
   ☐ Yes.
   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
   - $_____

Debtor 1    **Tiffany Latrice Ross**
First Name        Middle Name        Last Name

Case number (*if known*)  23-00630

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)         $_____

### Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____         New mortgage payment:  $ _____

### Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Amber Russell
Signature

Date   4/13/26

Print:    **Amber**            **N**            **Russell**
         First Name        Middle Name        Last Name

Title   Bankruptcy Specialist

Company   The Huntington National Bank  successor by merger to  Cadence Bank

Address   **PO Box 1727**
         Number            Street
         **Tupelo**                    **MS**      38802
         City                         State      ZIP Code

Contact phone   (**662**) **620** **3608**

Email   amber.russell@cadencebank.com

## CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. Torri Parker Martin      tpm@tpmartinch13.com

Hon. Thomas Carl Rollins Jr.      trollins@therollinsfirm.com

I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

**Tiffany Latrice Ross**
**1500 Northlake Circle**
**Jackson, MS 39211**

This is the __13th_ day of April 2026.


/s/ Amber Russell

The Huntington National Bank
successor by merger to
Cadence Bank

The Huntington Nat Bank - Portfolio
2778 w jackson street
Tupelo                MS 38801


111-555-1111




TIFFANY LATRICE ROSS                    YOUR LOAN NUMBER:        0867
1500 NORTHLAKE CIR
JACKSON            MS 39211


                                        DATE: 04/04/26


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 06/01/26 THROUGH 05/31/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 06/01/26 THROUGH 05/31/27 -------
                HOMEOWNER/FIRE              6673.00
                COUNTY TAXES               2621.45

        TOTAL PAYMENTS FROM ESCROW         9294.45

        MONTHLY PAYMENT TO ESCROW           774.53 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 06/01/26 THROUGH 05/31/27---------
          -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED        REQUIRED
                  ACTUAL STARTING BALANCE        692.66          3098.21
JUN 26   774.53                                 1467.19          3872.74
JUL 26   774.53                                 2241.72          4647.27
AUG 26   774.53                                 3016.25          5421.80
SEP 26   774.53                                 3790.78          6196.33
OCT 26   774.53                                 4565.31          6970.86
NOV 26   774.53                                 5339.84          7745.39
DEC 26   774.53    2621.45   COUNTY TAXES       3492.92          5898.47
JAN 27   774.53                                 4267.45          6673.00
FEB 27   774.53                                 5041.98          7447.53
MAR 27   774.53    6673.00   HOMEOWNER/FI ALP   -856.49   RLP    1549.06
APR 27   774.53                                  -81.96          2323.59
MAY 27   774.53                                  692.57          3098.12

------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -2405.55.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JUNE 01, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00. DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO FUTURE PAYMENTS.

```
-------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT --------------------
        PRINCIPAL & INTEREST                           696.94
        ESCROW (1/12TH OF ANNUAL ANTICIPATED           774.53
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG         0.00
        PLUS: SHORTAGE PAYMENT                          200.46
        MINUS: SURPLUS CREDIT                            0.00
        ROUNDING ADJUSTMENT                             -0.93
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS               0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/26      1671.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      1549.06. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      1549.06.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
12/25      712.06      01/26      712.06      02/26      2848.24   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
```