B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: <u>TIFFANY LATRICE ROSS</u>

Case No. <u>23-00630</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>The Huntington National Bank</u> | <u>Cadence Bank</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    The Huntington National Bank
    P.O Box 89424
    Cleveland, OH 44101

Court Claim # (if known): <u>1-1</u>
Amount of Claim: <u>$121,976.86</u>
Date Claim Filed: <u>3/27/2023</u>

Phone: <u>888-632-5547</u>
Last Four Digits of Acct #: <u>6431</u>

Phone: <u>662-678-7548</u>
Last Four Digits of Acct. #: <u>0867</u>

Name and Address where transferee payments should be sent (if different from above):

    The Huntington National Bank
    5555 Cleveland Ave GW1N13
    Cleveland, OH 44231

Phone: <u>888-632-5547</u>
Last Four Digits of Acct #: <u>6431</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Beth Yanniello</u>
    Transferee/Transferee's Agent

Date:<u>6/18/2026</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.