0040-2H-EPID2H-00428217-373659

# United States Bankruptcy Court

FOR THE
Southern District of Mississippi

**IN RE:** TIFFANY LATRICE ROSS
1500 NORTHLAKE CIRCLE
JACKSON, MS 39211

DATE 10/14/2026

CASE No. 23-00630- JAW

## MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| MISSISSIPPI DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 22808 / JACKSON, MS 39225-2808 | 10-1 | Priority | 613.88 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

**/s/ Torri Parker Martin**

**Torri Parker Martin**

THOMAS CARL ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236