**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

0040-2H-EPIDORXX-00428217-373660

# United States Bankruptcy Court

FOR THE
Southern District of Mississippi

**IN RE:** TIFFANY LATRICE ROSS
1500 NORTHLAKE CIRCLE
JACKSON, MS 39211

CASE No. 23-00630- JAW

**RE:** MISSISSIPPI DEPT OF REVENUE
**Court Claim No: 10-1**

## ORDER

THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# 63) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

IT IS FURTHER ORDERED that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Torri Parker Martin

Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress St.
Suite 400
Jackson, MS 39201